UNITED STATES DISTRICT COURT

Northern District of California

JOE HAND PROMOTIONS INC.,

           Plaintiff(s),          No. C 09-00676 PJH (MEJ)

  v.

RAYMOND S. LEE,                                **NOTICE OF REFERENCE**

           Defendant(s).

_____/

       The above-captioned case was referred to Magistrate Judge Maria-Elena James to prepare a report and recommendation on Plaintiff's pending Motion for Default Judgment. Accordingly, the Court shall conduct a hearing on September 17, 2009 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Pursuant to Civil Local Rule 7, Defendants shall file any opposition to Plaintiff's motion by August 27, 2009, and Plaintiff shall file any reply by September 3, 2009. If Defendants do not file an opposition, Plaintiff shall file detailed proposed findings of fact and conclusions of law, which shall address the factors in *Eitel v. McCool*, 782 F.2d 1470, 1471-72 (9th Cir. 1986), by September 3, 2009.

       When filing papers that require the Court to take any action (e.g. motions, meet and confer letters, administrative requests), the parties shall, in addition to filing papers electronically, lodge with chambers a printed copy of the papers by noon of the next court day following the day the papers are filed electronically. These printed copies shall be marked "Chambers Copy" and shall be submitted to the Clerk's Office, in an envelope clearly marked with "Magistrate Judge James," the case number and "E-Filing Chambers Copy." Parties shall not file a paper copy of any document with the Clerk's Office that has already been filed electronically.

       Plaintiff shall serve this order upon all other parties in this action. Please contact the

**United States District Court**
**For the Northern District of California**

1  Courtroom Deputy Clerk, Brenda Tolbert, at (415) 522-4708 with any questions.

2  **IT IS SO ORDERED.**

4  Dated: August 3, 2009

_____
Maria-Elena James
Chief United States Magistrate Judge