Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Joe Hand Promotions, Inc.

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| Joe Hand Promotions, Inc., | Case No. 3:09-cv-00676-PJH |
|---|---|
| Plaintiff, | NOTICE OF VOLUNTARY DISMISSAL |
| vs. | |
| Raymond S. Lee, et al. | |
| Defendants, | |

**NOTICE IS HEREBY GIVEN**, that, Plaintiff voluntarily dismisses *without prejudice* the following Defendants: **Raymond S. Lee and Gloria Yan Yan Shu, individually and d/b/a Gossip Lounge**.

This Dismissal is made pursuant to FRCP 41 (a)

Respectfully submitted,

Dated:  September 10, 2009          */s/ Thomas Riley*
                                    **LAW OFFICES OF THOMAS P. RILEY, P.C**.
                                    By:  Thomas P. Riley, Esquire
                                    Attorneys for Plaintiff
                                    Joe Hand Promotions, Inc.

[SEAL: IT IS SO ORDERED — Judge Phyllis J. Hamilton — UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA]

9/14/09

Page 1

## **PROOF OF SERVICE (SERVICE BY MAIL)**

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030-3227. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On September 10, 2009 I served:

**NOTICE OF VOLUNTARY DISMISSAL**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope and following ordinary business practices, said envelope was personally served upon:

Raymond S. Lee (Defendant)
307 Bay Ridge Drive
Daly City, CA 94014

Gloria Yan Yan Shu (Defendant)
307 Bay Ridge Drive
Daly City, CA 94014

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on September 10, 2009, at South Pasadena, California.

Dated: September 10, 2009           */s/ Maria Baird*
                                     MARIA BAIRD